**FILED**
July 27, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PAVEL BEREZENKO, ) <br> ) <br> Defendant. ) | Case No. 2:11CR00295-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **PAVEL BEREZENKO**, Case No. 2:11CR00295-MCE , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　＿　Release on Personal Recognizance

　　＿　Bail Posted in the Sum of $＿

　　_X_　Unsecured Appearance Bond in the amount of $25,000, co-signed by defendant's brother.

　　＿　Appearance Bond with 10% Deposit

　　＿　Appearance Bond with Surety

　　＿　Corporate Surety Bail Bond

　　_X_　(Other) Pretrial release conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 27, 2011 at 2:00 PM .

By /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge