BENJAMIN B. WAGNER
United States Attorney
DANIEL S. MCCONKIE
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-11-295 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | INDICTMENT AS TO DEFENDANT |
| | ) | PAVEL BEREZENKO |
| PAVEL BEREZENKO, | ) | |
| | ) | |
| Defendant. | ) | |

Based on further investigation in the case and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the government moves this Honorable Court for an order dismissing the indictment against this defendant only.

DATE: March 27, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney


                                    By: /s/ Daniel S. McConkie
                                         DANIEL S. MCCONKIE
                                         Assistant U.S. Attorney

1

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )      CR. No. S-11-295 MCE
                                     )
12                  Plaintiff,       )
                                     )      ORDER DISMISSING
13            v.                     )      INDICTMENT AS TO DEFENDANT
                                     )      PAVEL BEREZENKO
14  PAVEL BEREZENKO,                 )
                                     )
15                                   )
                    Defendant.       )
16  _____)

17        For good cause shown, it is hereby ORDERED dismissing all

18  charges in the indictment as to this defendant.

19        IT IS SO ORDERED.

20  Date:  March 29, 2013

21

22  _____

23  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28